# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# TERRE HAUTE DIVISION

| | | |
|---|---|---|
| JUSTIN CASTELINO, | ) | |
| | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Cause No. 2:17-cv-139-WTL-MJD** |
| | ) | |
| ROSE-HULMAN INSTITUTE OF | ) | |
| TECHNOLOGY, | ) | |
| | ) | |
| **Defendant.** | ) | |

## JUDGMENT

The Court having granted summary judgment in favor of the Defendant on all of the

Plaintiff's claims, and having granted the Defendant's motion to dismiss its counterclaim,

judgment is hereby **ENTERED** in favor of the Defendant on all of the Plaintiff's claims and in

favor of the Plaintiff on the Defendant's counterclaim.

SO ORDERED: 4/23/2019

Laura A. Briggs, Clerk

BY: _Andrew P. Dolinsky_

Deputy Clerk, U.S. District Court

_William T Lawrence_

Hon. William T. Lawrence, Senior Judge
United States District Court
Southern District of Indiana

Copies to all counsel of record via electronic notification